# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY BISHOP and MORGAN BISHOP (h/w) formerly known as MORGAN SCOTT** | : CIVIL ACTION : : : |
| v. | : : |
| **CITY OF PHILADEPHIA** (Department of Prisons) | : : NO. 20-3977 |

## ORDER

**NOW**, this 30th day of September, 2021, upon consideration of Defendant City of Philadelphia's Motion for Summary Judgment (Doc No. 30) and the plaintiffs' response, it is **ORDERED** as follow:

1. The motion is **GRANTED** to the extent it seeks summary judgment on Morgan Bishop's claims and Jeffrey Bishop's claims, except his claim for Title VII retaliation;

2. The City's motion is **DENIED** as to Jeffrey Bishop's claim for retaliation in Count I;

3. Judgment shall be entered after the disposition of the remaining claim.

/s/ TIMOTHY J. SAVAGE J.